Opinion issued September 30, 2011.



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-00273-CV

———————————

In re David Finkelstein, Relator



 



 

Original Proceeding on Petition for Writ of Mandamus



 



 

MEMORANDUM OPINION

          By
petition for writ of mandamus, relator, David Finkelstein, challenges the trial
court’s order abating the underlying suit to confirm an arbitration award.[1]  

We deny relator’s petition.




 

PER CURIAM

Panel
consists of Chief Justice Radack and Justices Bland and Huddle.

 

 











[1]        The underlying suit is David Finkelstein v. Surfside Interests, LLC v. L. Marc Grosz, III,
No. 59449, in the 149th District Court of Brazoria County, Texas, the Honorable
Terri Tipton Holder presiding.